UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOSEPH L. CRAFT, individually and )
On behalf of others similarly situated, )
)
Plaintiffs, )
)
vs. )    Case No. 1:08-CV-0627 RLY-JMS
)
RAY'S, LLC and )
DONALD MATTHEWS, )
)
Defendants. )

## DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(B)(6) OR, ALTERNATVELY, FOR SUMMARY JUDGMENT

Defendants, Ray's, LLC ("Ray's, LLC") and Donald Matthews ("Matthews"), (collectively "Defendants"), hereby move for dismissal of Plaintiff's Complaint for failure to state a claim under Fed.R.Civ.P. 12(b)(6) or, alternatively, for summary judgment pursuant to Fed.R.Civ.P. 56 and the local rules for the Southern District of Indiana.   In support of this Motion, Defendants respectfully state as follows:

1.     On May 14, 2008, Plaintiff, Joseph L. Craft ("Craft" or "Plaintiff") filed his Collective Action Complaint and Demand for Jury Trial ("Complaint") in this cause of action.

2.     In the Complaint, Craft alleges that he was employed as a Driver by an enterprise engaged in commerce or the production of goods for commerce within the meaning of the Fair Labor Standards Act ("FLSA").   He also alleges that he was an employee who was engaged in commerce or in the production of goods for commerce.

3.     Craft alleges in his Complaint that he is entitled to unpaid overtime under the FLSA.

-2-

4.      Drivers who transport property in interstate commerce for a motor carrier or motor private carrier are exempt from the FLSA's overtime provisions pursuant to the Motor Carrier Act ("MCA") exemption.

5.      An individual who is covered by the MCA exemption cannot state a claim for overtime under the FLSA.

6.      Craft does not state in his Complaint that he transported property solely in intrastate commerce.

7.      Craft does not state in his Complaint that he falls outside the MCA exemption.

8.      Craft's Complaint does not provide the level of factual detail and argument required to show that he has a plausible claim under the standards set forth by the U.S. Supreme Court as interpreted by the U.S. Court of Appeals for the Seventh Circuit.

9.      Craft fails to state a claim upon which relief can be granted.

10.     Extrinsic evidence also demonstrates that Craft cannot state a claim for overtime under the FLSA because of the MCA exemption.

11.     The Federal Rules of Civil Procedure "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action." Fed.R.Civ.P.1.  This motion presents a dispositive threshold issue, the prompt determination of which will serve the essential purpose of federal trial rules.

12.     Concurrently herewith, Defendants are submitting their Memorandum in Support of Motion to Dismiss, or Alternatively, for Summary Judgment, and their Designation of Evidence.

-3-

For the foregoing reasons, Defendants respectfully request that the Court dismiss this lawsuit, in its entirety and with prejudice, and that the Court grant Defendants all other just and proper relief, including an award of costs and attorney fees.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC

s/ Steven F. Pockrass
Kim F. Ebert, Atty. No. 6649-49
Steven F. Pockrass, Atty. No. 18836-49
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Phone:  317-916-1300
Fax:     317-916-9076
Email:  kim.ebert@ogletreedeakins.com
            steven.pockrass@ogletreedeakins.com

Counsel for Defendants,
Ray's, LLC, and Donald Matthews

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following counsel by operation of Court's electronic filing system.  Parties may access this filing through the Court's system.


Philip J. Gibbons, Jr.
pgibbons@gibbonsjones.com
Elizabeth A. Joseph
ejoseph@gibbonsjones.com
Gibbons Jones, P.C.
Two Meridian Plaza
10401 North Meridian Street, Suite 300
Indianapolis, IN 46290


                                              s/ Steven F. Pockrass

-4-

6380496.1 (OGLETREE)